Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
JOHN KEATLEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JOHN KEATLEY,<br><br>               Plaintiff,<br><br>v.<br><br>COLOCATION AMERICA CORPORATION,<br><br>               Defendant. | **Case No.: 2:21-cv-08355**<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)**<br><br>**Demand for Jury Trial** |

Plaintiff JOHN KEATLEY by and through his undersigned counsel, brings this Complaint against Defendant COLOCATION AMERICA CORPORATION for damages and injunctive relief, and in support thereof states as follows:

///

///

# SUMMARY OF THE ACTION

1. Plaintiff JOHN KEATLEY ("Keatley") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Keatley's original copyrighted Work of authorship in his Work.

2. Based in Seattle, Washington, Keatley often self-characterizes his work as a reflection of himself, rathar than the individual he is photographing. His clients include BECU, Seattle Humane, SFMOMA and Hotels.com. Keatley capitalizes on the correlation between humor and emotions, including anxiety, fear and isolation, to create dichotomy in his work.

3. Keatley's work has been exhibited by the Lucie Foundation in Los Angeles, Treason Gallery in Seattle, and Annenberg Space for Photography in Los Angeles, California.

4. Defendant COLOCATION AMERICA CORPORATION ("Colocation") is a technological services and software company based in Los Angeles, California that offers colocation hosting providers nationwide. At all times relevant herein, Colocation owned and operated the internet website located at the URL www.colocationamerica.com (the "Website"). Colocation's website describes its services as "'The Foundation' of every IT Infrastructure: Ips (connectivity), hosting (space), and servers (hardware)." In addition to its main office in Los Angeles, Colocation has offices in San Francisco, Chicago, Miami, Philadelphia, Connecticut, Boston, New Jersey and New York.

5. Keatley alleges that Colocation copied Keatley's copyrighted Work from the internet in order to advertise, market and promote its business activities. Colocation committed the violations alleged in connection with Colocation's business for purposes of advertising and promoting sales to the public in the course and scope of the Colocation's business.

COMPLAINT FOR COPYRIGHT INFRINGEMENT    CASE NO.: 2:21-cv-08355

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. Defendant is subject to personal jurisdiction in California.

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

10. Colocation America Corporation is a California Corporation, with its principal place of business at 16134 Nordhoff Street, Suite E, North Hills, California, 91343, and can be served by serving its Registered Agent, Mr. Pedro Cruz, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

In 2011, Keatley created the photograph entitled h_14228140 , which is shown below and referred to herein as the "Work".



COMPLAINT FOR COPYRIGHT INFRINGEMENT                               CASE NO.: 2:21-CV-08355

12. Keatley registered the Work with the Register of Copyrights on June 6, 2017 and was assigned the registration number VA 2-053-420. The Certificate of Registration is attached hereto as Exhibit 1.

13. At all relevant times Keatley was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

14. Colocation has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Colocation copied the Work.

16. On or about November 23, 2018, Keatley discovered the unauthorized use of his Work in an article entitled "Artificially Intelligent Army Drones."

17. Colocation copied Keatley's copyrighted Work without Keatley's permission.

18. After Colocation copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its colocation hosting service business.

19. Colocation copied and distributed Keatley's copyrighted Work in connection with Colocation's business for purposes of advertising and promoting Colocation's business, and in the course and scope of advertising and selling products and services.

20. Keatley's works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21. Colocation committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

COMPLAINT FOR COPYRIGHT INFRINGEMENT                    CASE NO.: 2:21-CV-08355

22. Keatley never gave Colocation permission or authority to copy, distribute or display the Work at issue in this case.

23. Keatley notified Colocation of the allegations set forth herein on July 23, 2020 and August 19, 2020.  To date, the Parties have failed to resolve the dispute.

## COUNT I
## COPYRIGHT INFRINGEMENT

24. Keatley incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Keatley owns a valid copyright in the Work at issue in this case.

26. Keatley registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. Colocation copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Keatley's authorization in violation of 17 U.S.C. § 501.

28. Colocation performed the acts alleged in the course and scope of its business activities.

29. Colocation's acts were willful.

30. Keatley has been damaged.

31. The harm caused to Keatley has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Colocation America Corporation that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded such other and further relief as the Court deems just and proper; and

e. Plaintiff be awarded pre- and post-judgment interest.

## JURY DEMAND

Plaintiff John Keatley hereby demands a trial by jury of all issues so triable.

DATED: October 21, 2021          Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW**
*Attorneys for Plaintiff John Keatley*