Jonah A. Grossbardt (SBN 283584)
email:  jonah.grossbardt@sriplaw.com
Matthew L. Rollin (SBN 332631)
email:  matthew.rollin@sriplaw.com
SRIPLAW
8730 Wilshire Boulevard, Suite 350
Beverly Hills, California 90211
Tel:  323.364.6565
Fax:  561.404.4353

Ira M. Siegel, SBN 78142
email:  irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:   310-435-7656
Fax:   310-675-2187

Attorney for Defendant Colocation America

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHN KEATLEY,<br><br>         Plaintiff,<br><br>v.<br><br>COLOCATION AMERICA CORPORATION,<br><br>         Defendant. | Case No.: 2:21-cv-08355-JAK-AGR<br><br>First Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)<br><br>Complaint served: October 28, 2021<br>Current response date: November 18, 2021<br>New response date: December 20, 2021<br><br>JUDGE: HON. JOHN A. KRONSTADT |

Plaintiff John Keatley and Defendant Colocation America Corporation, by and through their respective counsel of record, hereby stipulate to extend the deadline for Defendant Colocation America Corporation to respond to the Complaint from November 18, 2021 to December 20, 2021.

This is the first such stipulation of 30 days or less.  (The 30th day from November 18th falls on a Saturday, and thus the response date is automatically Monday, December 20th pursuant to Rule 6(1)(c), Fed.R.Civ.P.)  Therefore, pursuant to Local Rule 8-3, no Court Order is required.

[*Signature page follows.*]

Respectfully submitted,

SRIPLAW

Dated: November 17, 2021

By: /s/     Jonah A. Grossbardt
Jonah A. Grossbardt (SBN 283584)
email: jonah.grossbardt@sriplaw.com
Matthew L. Rollin (SBN 332631)
email: matthew.rollin@sriplaw.com
SRIPLAW
8730 Wilshire Boulevard, Suite 350
Beverly Hills, California 90211
Tel: 323.364.6565
Fax: 561.404.4353

Attorneys for Plaintiff John Keatley

LAW OFFICES OF IRA M. SIEGEL

Dated:  November 17, 2021

By: /s/     Ira M. Siegel
Ira M. Siegel, SBN 78142
email address: irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:   310-435-7656
Fax:   310-657-2187

Attorney for Defendant Colocation America Corporation

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

LAW OFFICES OF IRA M. SIEGEL

DATED:  November 17, 2021

By: /s/     Ira M. Siegel
Ira M. Siegel, SBN 78142
email address: irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:   310-435-7656
Fax:   310-657-2187

Attorney for Defendant Colocation America Corporation