Jonah A. Grossbardt (SBN 283584)
email: jonah.grossbardt@sriplaw.com
Matthew L. Rollin (SBN 332631)
email: matthew.rollin@sriplaw.com
SRIPLAW
8730 Wilshire Boulevard, Suite 350
Beverly Hills, California 90211
Tel: 323.364.6565
Fax: 561.404.4353

Ira M. Siegel, SBN 78142
email: irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:   310-435-7656
Fax:   310-675-2187

Attorney for Defendant Colocation America

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHN KEATLEY,<br><br>Plaintiff,<br><br>v.<br><br>COLOCATION AMERICA CORPORATION,<br><br>Defendant. | Case No.: 2:21-cv-08355-JAK-AGR<br><br>Second Stipulation to Extend Time to Respond to Initial Complaint by 30 Days<br><br>Complaint served: October 28, 2021<br>Current response date: December 20, 2021<br>New response date: January 19, 2022<br><br>JUDGE: HON. JOHN A. KRONSTADT |

Plaintiff John Keatley and Defendant Colocation America Corporation, by and through their respective counsel of record, hereby stipulate, and respectfully request that the Court enter an order to extend the deadline for Defendant Colocation America Corporation to respond to the Complaint from December 20, 2021 to January 19, 2022.

This is the second such stipulation of 30 days.  The Parties are engaging in settlement negotiations to fully and finally resolve this matter, and believe that the Court's and their resources will be preseved by the requested extension.

[*Signature page follows.*]

|   |   |
|---|---|
| | Respectfully submitted, |
| | |
| | SRIPLAW |
| Dated: December 13, 2021 | By: /s/      Jonah A. Grossbardt |
| | Jonah A. Grossbardt (SBN 283584) |
| | email: jonah.grossbardt@sriplaw.com |
| | Matthew L. Rollin (SBN 332631) |
| | email: matthew.rollin@sriplaw.com |
| | SRIPLAW |
| | 8730 Wilshire Boulevard, Suite 350 |
| | Beverly Hills, California 90211 |
| | Tel: 323.364.6565 |
| | Fax: 561.404.4353 |
| | Attorneys for Plaintiff John Keatley |
| | |
| | LAW OFFICES OF IRA M. SIEGEL |
| Dated: December 13, 2021 | By: /s/      Ira M. Siegel |
| | Ira M. Siegel, SBN 78142 |
| | email address: irasiegel@earthlink.net |
| | LAW OFFICES OF IRA M. SIEGEL |
| | 433 N. Camden Drive, Suite 970 |
| | Beverly Hills, California 90210-4426 |
| | Tel:   310-435-7656 |
| | Fax:  310-657-2187 |
| | Attorney for Defendant Colocation America Corporation |

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

|   |   |
|---|---|
| | LAW OFFICES OF IRA M. SIEGEL |
| DATED: December 13, 2021 | By: /s/      Ira M. Siegel |
| | Ira M. Siegel, SBN 78142 |
| | email address: irasiegel@earthlink.net |
| | LAW OFFICES OF IRA M. SIEGEL |
| | 433 N. Camden Drive, Suite 970 |
| | Beverly Hills, California 90210-4426 |
| | Tel:   310-435-7656 |
| | Fax:  310-657-2187 |
| | Attorney for Defendant Colocation America Corporation |