Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollins (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard, Suite 350
Beverly Hills, California 90211
Phone:  323.364.6565
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff John Keatley

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JOHN KEATLEY, <br><br> Plaintiff, <br><br> v. <br><br> COLOCATION AMERICA CORPORATION, <br><br> Defendant. | Case No. 2:21-cv-08355-JAK-AGR <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff JOHN KEATLEY, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated:  January 6, 2022          Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW**

*Attorneys for Plaintiff John Keatley*

- 1 -